UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

GEORGE ZAROLES, ANNE ZAROLES,

                              Plaintiff,                    **ORDER**

     v.

                                                                        **04-CV-770A(F)**

MURRAY, INC.,
THE SCOTTS COMPANY,

                              Defendants.

      By papers filed August 9, 2006, Defendants move to substitute plaintiffs or in the alternative, dismiss the complaint (Doc. No. 15).  Plaintiffs do not oppose Defendants' motion seeking substitution of th Automobile Insurance Company of Hartford, Connecticut as Plaintiff in this action (Doc. No. 16).  Accordingly, Defendants' motion is GRANTED without opposition.  Defendants' alternative motion to dismiss is DENIED as moot.  The Clerk of Court is directed to change the caption of the case as follows: AUTOMOBILE INSURANCE COMPANY OF HARTFORD, CONNECTICUT, a wholly owned subsidiary of The St. Paul Travelers Companies, Inc. v. MURRAY, INC., THE SCOTTS COMPANY.

SO ORDERED.

                                                    /s/ *Leslie G. Foschio*

                                              _____
                                                   LESLIE G. FOSCHIO
                                     UNITED STATES MAGISTRATE JUDGE

Dated: September 1, 2006
       Buffalo, New York